### SELIGER v. CITY OF NEW YORK.

(Supreme Court, Appellate Term. June 23, 1904.)

1. MUNICIPAL CORPORATIONS — INJURIES—NOTICE—APPEAL—OBJECTIONS NOT MADE AT TRIAL.

　　Where, in an action against a city for injuries, the answer substantially admitted that the notice required by Laws 1886, p. 801, c. 572, had been filed, and no point was made during the trial or at its close by motion to dismiss the complaint for failure to serve such notice, an objection that the notice was not served was not available on appeal.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Benjamin Seliger, an infant, against the city of New York. From a Municipal Court judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ..

John J. Delany (I. Townsend Burden, Jr., of counsel), for appellant. George H. Epstein, for respondent.

SCOTT, J. The answer substantially admitted that the notice required by chapter 572, p. 801, Laws 1886, had been filed. No point was made during the trial or at its close that such notice had not been filed, and no motion to dismiss the complaint was made on this ground.

Judgment affirmed, with costs. All concur.